# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

KENYETTA RICHARD, ET AL

Plaintiff

v.

SHERIFF SID GAUTREAUX, ET AL

Defendant

3:24-cv-00419-SDD-EWD

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Joseph J. Long

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Kenyetta Richard, as natural tutrix to Z.C., minor child of Kaddarrius Cage / Plaintiff
Joseph J. Long / Attorney for Plaintiff
Sheriff Sid Gautreaux, Sheriff of EBR Parish, In His Official and Individual Capacity
Warden Dennis Grimes, In His Official and Individual Capacity
Lt. Rashie McDowell, Individually
Corporal Ryan Jackson, Individually
Corporal Christian Morris, Individually
Deputy Jenkins, Individually
Deputy Hollis Walker, Individually
Detective Will Bankston, Individually
Cpt. Leonard Harris, Individually
The City of Baton Rouge and Parish of East Baton Rouge
American Alternative Insurance Company
Turn Key Health Clinics, LLC
Paris Moore;Cepeada Woodson; Amy Smith; Alysius Allen

Joseph J. Long, LA #25968

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.